APRIL L. HOLLINGSWORTH (Bar No. 9391)
ASHLEY F. LEONARD (Bar No. 14899)
**HOLLINGSWORTH LAW OFFICE, LLC**
1115 South 900 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LEO DAVIS**,<br><br>    Plaintiff;<br><br>vs.<br><br>**FONIX CORPORATION**, a corporation; **SPEECHFX, INC.**, a corporation; **DJP ASSET MANAGEMENT, INC.**, a corporation; and **ROGER D. DUDLEY**, an individual;<br><br>    Defendants. | **PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Case No. 2:15-cv-00251-TS<br>Judge Ted Stewart |

Pursuant to this Court's October 7, 2015, Order to Show Cause, Plaintiff Leo Davis ("Mr. Davis"), by and through his attorneys, responds as follows:

1. Mr. Davis filed the Complaint in the above-captioned action on April 13, 2015, against Defendants Fonix Corporation; SpeechFX, Inc.; DJP Asset Management, Inc.; and Roger D. Dudley.

2. On August 6, 2015, Mr. Davis' counsel emailed counsel for Defendants, requesting that counsel waive service for all Defendants. *See* counsel's August emails, attached as

1

    Exhibit 1.

3. On August 10, 2015, Defendants' counsel returned an executed waiver of service for all Defendants. *See* Ex. 1; *see also* Waiver of Service form, dock. no. 4.

4. Throughout this time, counsel for both parties have continued settlement negotiations, which are still ongoing.

5. The deadline for Defendants' Answer was October 6, 2015.

6. After receiving this Court's Order to Show Cause, Mr. Davis' counsel filed Defendants' Waiver of Service with this Court. Dock. no. 4.

7. While settlement negotiations between the parties are ongoing, Mr. Davis has fulfilled his obligations to date, and is still waiting for Defendants to file their Answer. *See* counsel's October emails, attached as Exhibit 2.

8. Because Mr. Davis and his counsel have acted with due diligence, this Court should Order Defendants to file their Answer within seven (7) days.

    DATED this <u>20th</u> day of October, 2015.

                                          **HOLLINGSWORTH LAW OFFICE, LLC**

                                          <u>/s/ Ashley F. Leonard</u>
                                          Ashley F. Leonard
                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** was served via the court's CM/ECF filing system this <u>20th</u> day of October, 2015, to the following:

Jeffrey Jones (Bar No. 1741)
DURHAM, JONES, & PINEGAR
111 E. Broadway, Ste. 900
Salt Lake City, UT 84111
801-415-3000
jjones@djplaw.com

/s/ Ashley F. Leonard
**HOLLINGSWORTH LAW OFFICE, LLC**
Counsel for Plaintiff