**Zimbra**                                       ashley@aprilhollingsworthlaw.com

## RE: Leo Davis v. SpeechFX, Waiver of Service

**From :** Jones, Jeffrey M. <JJones@djplaw.com>       Mon, Aug 10, 2015 10:53 AM

**Subject :** RE: Leo Davis v. SpeechFX, Waiver of Service       📎2 attachments

**To :** Ashley Leonard <ashley@aprilhollingsworthlaw.com>

Attached is the signed waiver of service.

Best, Jeff

---

**From:** Ashley Leonard [mailto:ashley@aprilhollingsworthlaw.com]
**Sent:** Friday, August 07, 2015 11:47 AM
**To:** Jones, Jeffrey M.
**Subject:** Re: Leo Davis v. SpeechFX, Waiver of Service

Thanks, Jeff.

Can you email me back a signed copy of the attached waiver form?

I'll get back to you regarding your offer soon. Have a good weekend.

Ashley

---

**From:** "jjones" <JJones@djplaw.com>
**To:** "Ashley Leonard" <ashley@aprilhollingsworthlaw.com>
**Sent:** Thursday, August 6, 2015 6:12:51 PM
**Subject:** RE: Leo Davis v. SpeechFX, Waiver of Service

Thanks, Ashley. I had forgotten that you had already filed the complaint. Yes, we will agree to waiver service of the summons within the time period required by the applicable rules.

Best, Jeff

---

**From:** Ashley Leonard [mailto:ashley@aprilhollingsworthlaw.com]
**Sent:** Thursday, August 06, 2015 4:11 PM
**To:** Jones, Jeffrey M.
**Subject:** Re: Leo Davis v. SpeechFX, Waiver of Service

Jeff,

We filed the Complaint in April for statute of limitations purposes, so the summons has to go out soon. I had to go back a ways, but my initial April 16, 2015, email to you explains why we went ahead and filed the Complaint. I'm hopeful we can continue negotiating and

reach a settlement in the next month, but for purposes of serving the summons, will you agree to waive service?

Let me know if you have any other questions.

Thanks,
Ashley

---

**From:** "jjones" <JJones@djplaw.com>
**To:** "Ashley Leonard" <ashley@aprilhollingsworthlaw.com>
**Sent:** Thursday, August 6, 2015 12:01:02 PM
**Subject:** RE: Leo Davis v. SpeechFX, Waiver of Service

Ashley;

I am confused. Are you going to file suit now while Leo is considering our offer? Or are you asking if we will accept service if we don't reach a settlement and a suit has to be filed?

Best, Jeff

---

**From:** Ashley Leonard [mailto:ashley@aprilhollingsworthlaw.com]
**Sent:** Thursday, August 06, 2015 9:51 AM
**To:** Jones, Jeffrey M. <JJones@djplaw.com>
**Subject:** Leo Davis v. SpeechFX, Waiver of Service

Hi Jeff,

Leo is considering SpeechFX's and Roger Dudley's offer regarding his claims, but I don't think we'll have a decision for you in the next couple of days. Will you agree to waive service of the summons for SpeechFX, Fonix Corp., DJP Asset Management, Inc., and Roger Dudley, while we continue settlement negotiations? I have attached a copy of the Complaint to this email, along with the District of Utah's Waiver of Service of Summons form. Let me know if you have any questions or concerns.

Thanks,
Ashley

--
Ashley Leonard
Associate Attorney
Hollingsworth Law Office, LLC
1115 South 900 East
Salt Lake City, UT 84105
(P.) 801-415-9909
(E.) ashley@aprilhollingsworthlaw.com