**Zimbra** ashley@aprilhollingsworthlaw.com

### Re: Leo Davis v. SpeechFX, offer

**From :** Ashley Leonard <ashley@aprilhollingsworthlaw.com>    Fri, Oct 16, 2015 11:23 AM
**Subject :** Re: Leo Davis v. SpeechFX, offer                                                    📎1 attachment
**To :** jjones <JJones@djplaw.com>

Jeff,

[REDACTED MATERIAL - CONFIDENTIAL SETTLEMENT NEGOTIATIONS]

I don't think we will reach a formal agreement by Oct. 20th, which is when I must reply to the court's Order to Show Cause, so you may want to go ahead and file an Answer, as I intend to explain to the Court that Mr. Davis has timely fulfilled his obligations with the Court up to this point.

Thanks,
Ashley

**From:** "jjones" <JJones@djplaw.com>
**To:** "Ashley Leonard" <ashley@aprilhollingsworthlaw.com>
**Sent:** Wednesday, September 30, 2015 4:51:56 PM
**Subject:** RE: Leo Davis v. SpeechFX, offer

[REDACTED MATERIAL - CONFIDENTIAL SETTLEMENT NEGOTIATIONS]

**Zimbra** ashley@aprilhollingsworthlaw.com

### RE: Leo Davis, settlement and status

**From :** Jones, Jeffrey M. <JJones@djplaw.com>   Tue, Oct 13, 2015 05:13 PM
**Subject :** RE: Leo Davis, settlement and status   🖇1 attachment
**To :** Ashley Leonard <ashley@aprilhollingsworthlaw.com>

So let's get it resolved before that date. Please encourage Mr. Davis to accept the offer – it is essentially all that SpeechFX and Mr. Dudley can do.

**From:** Ashley Leonard [mailto:ashley@aprilhollingsworthlaw.com]
**Sent:** Tuesday, October 13, 2015 4:45 PM
**To:** Jones, Jeffrey M. <JJones@djplaw.com>
**Subject:** Re: Leo Davis, settlement and status

I need to reply by October 20th.

**From:** "jjones" <JJones@djplaw.com>
**To:** "Ashley Leonard" <ashley@aprilhollingsworthlaw.com>
**Sent:** Tuesday, October 13, 2015 1:42:25 PM
**Subject:** RE: Leo Davis, settlement and status

Ashley;

We'll file a responsive pleading if we cannot settle the case. Obviously, we are not interested in more legal fees if we can settlement case at this juncture. When do you need to reply to the OTSC?

Best, Jeff

**From:** Ashley Leonard [mailto:ashley@aprilhollingsworthlaw.com]
**Sent:** Monday, October 12, 2015 5:08 PM
**To:** Jones, Jeffrey M. <JJones@djplaw.com>
**Subject:** Leo Davis, settlement and status

Jeff,

I apologize for not responding sooner; I've been out of the office since October 2nd. Leo is considering the latest offer (articulated in your Sept. 30th email) and we hope to have an answer to you soon. In the meantime, I received an Order to Show Cause from the

District Court on October 7th. I know you agreed to waive service for all Defendants back in August, and I intend to file the signed waiver of service form with the Court by October 20th. I had calendared Defendants' Answer deadline for October 6, so I'm wondering if Defendants intend to file an Answer. Please let me know as soon as possible.

Thanks,
Ashley

--
Ashley Leonard
Associate Attorney
Hollingsworth Law Office, LLC
1115 South 900 East
Salt Lake City, UT 84105
(P.) 801-415-9909
(E.) ashley@aprilhollingsworthlaw.com




**Jeffrey M. Jones | Attorney at Law**

**Durham Jones & Pinegar**, P.C.

111 East Broadway, Suite 900 | Salt Lake City, UT 84111

Phone: 801.415.3000 | Fax: 801.415.3500 | jjones@djplaw.com



This email message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact jjones@djplaw.com by reply email and destroy all copies of the original message.

Please consider the environment before printing this e-mail.



Salt Lake City | Lehi | Ogden | St. George | Las Vegas



This email message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review, or disclosure is prohibited. If you are not the intended recipient, please contact